UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORIANO GERMAINE HUDSON, Sr., <br> Plaintiff, <br> v. <br> ROBERT NEUSCHMID, et al., <br> Defendants. | No. 2:20-cv-0481 KJN P <br><br> ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint. Plaintiff claims that the law library at San Quentin State Prison is closed due to the coronavirus. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and
2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

Dated: March 27, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/huds0481.36